AO 442 (Rev. 11/11) Arrest Warrant

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 25 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

2018 JUN 21  A 10: 07

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  CR-18-00726-PHX-JJT |
| Taylor Cullison Redmann | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Taylor Cullison Redmann,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy

18:2, 924(a)(1)(A) - False Statement During Purchase of a Firearm

Date:    06/21/2018

*Issuing officer's signature*

City and state:    Phoenix, Arizona

L. Dixon, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06/21/2018, and the person was arrested on *(date)* 6/21/2018
at *(city and state)* Avondale, AZ.

Date:    06/21/2018

*Arresting officer's signature*

ATF
*Printed name and title*